**STATE of Missouri, Respondent,**

v.

**James SMALLEY a/k/a James Cobb, Appellant.**

**James SMALLEY a/k/a James Cobb, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 59887, 62044.

Missouri Court of Appeals,
Eastern District,
Division One.

March 16, 1993.

Jeannie Arterburn, S. Paige Canfield, St. Louis, for appellant.

William L. Webster, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

A consolidated appeal. Defendant was charged by indictment with delivering cocaine in violation of § 195.211, RSMo (Supp.1992). He appeals his conviction and twelve-year sentence and the denial, after a hearing, of his 29.15 motion for ineffective assistance of counsel. We affirm per Rule 84.16(b) and Rule 30.25(b). The judgment was supported by substantial evidence and no error of law appears; the motion court's findings were not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only.